AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with email accounts stored at premises controlled by Yahoo Inc.

Case No. 3:16mj240(SALM)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Special Agent Mark Munster, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/11/2016

/s/
_____
Judge's signature

City and state: New Haven, CT

Hon. Sarah A.L. Merriam, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the email accounts (1) wallstreetventurecapital@yahoo.com; (2) nicoe@wallstreetventurecapital.net; and (3) wsvc1957@yahoo.com, that is stored at premises controlled by Yahoo Inc., a company that accepts legal process at 701 First Avenue, Sunnyvale, California 94089, for the time period from September 2008 to the present.



## ATTACHMENT B

### Particular Things to be Seized

I.   **Information to be disclosed by Yahoo, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

  a.   The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

  b.   All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, and alternative email addresses provided during registration.

II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 1343 (Wire Fraud) and 1349 (Conspiracy to Commit Wire Fraud) involving Joseph McAndrew and Nico Eboma (the "Targets"), and/or a scheme to defraud clients of Wall Street Venture Capital Ltd. ("WSVC") based upon false and fraudulent pretenses, since September 2008, including, for the all email accounts listed in Attachment A, information pertaining to the following matters:

(a) All communications with or about customers or potential customers of WSVC;

(b) All communications regarding raising funds for clients of WSVC;

(c) All communications regarding the expenditure of expense fees paid by clients of WSVC;

(d) All communications regarding banking activity, including but not limited to the establishment of new bank accounts;

(e) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner; and

(f) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation.